UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
UNITED STATES OF AMERICA             :

        -v.-                                              :                **PROPOSED ORDER**

RAJARENGAN RAJARATNAM,               :        13 Cr. 211 (NRB)
    a/k/a "Rengan Rajaratnam,"
                                     :
        Defendant.
                                     :
----------------------------------------------------------x

        It is hereby ORDERED that Clerk of Court shall remove Vinoo Varghese, Esq. and John Mateus, Esq., of Varghese & Associates, P.C., as attorneys to be noticed via ECF in the above-captioned case.

        SO ORDERED.

May 21, 2014

                                                        Hon. Naomi Reice Buchwald
                                                        United States District Judge

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/21/14
```